Hon. John C. Coughenour

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERSON ALBERTO FLORES-RIVERA,

Defendant.

NO. CR21-096-JCC

[~~PROPOSED~~]

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property: ("Subject Property"):

      a.     One Smith & Wesson SW40VE .40 Caliber Pistol, bearing serial number RAL6118; and

      b.     Any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

      1.     On September 19, 2022, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it, Dkt. No. 44;

Final Order of Forfeiture - 1
*United States v. Flores-Rivera*, CR21-096-JCC

2.      Defendant was sentenced on January 10, 2023, Dkt. No. 57;

3.      The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 47, and sent direct notice by US Postal certified mail to ten potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture ¶ 2, Exhibits A–J; and

4.      The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.      The United States Department of Justice, Drug Enforcement Administration, and/or its representatives, is authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this  8th  day of December, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Flores-Rivera*, CR21-096-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented By:


 _s/ Jehiel I. Baer_____
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Flores-Rivera*, CR21-096-JCC